IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLENARD CEBRON WADE, | No. C 13-4636 TEH (PR) |
| Petitioner, | ORDER GRANTING LEAVE TO AMEND PETITION |
| v. | |
| FRED FOULK, Warden, | |
| Respondent. | |

Petitioner Clenard Cebron Wade, an inmate at High Desert State Prison, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a 2009 judgment of conviction from Contra Costa County Superior Court case number 05-0903619. On April 29, 2014, the Court reviewed the petition and found it difficult to discern the specific claims Petitioner wished to pursue. The Court dismissed with leave to amend in order to give Petitioner the opportunity to file a simple, concise, and direct petition which states clearly and succinctly each claim he seeks to bring in federal court. On June 2, 2014, Petitioner filed an amended petition asserting eleven claims. On September 30, 2014, the Court issued an Order dismissing two of the eleven claims and directing Respondent to show cause why a writ of habeas corpus

should not be granted as to the remaining nine claims.  Respondent's answer is currently due on or before December 1, 2014.

Petitioner has filed three other habeas petitions in this Court, all attacking the same criminal conviction and sentence he received in Contra Costa County Superior Court case number 05-0903619.  See Wade v. Foulk, C 13-4666 VC (PR), Wade v. Foulk, C 14-2627 VC (PR), and Wade v. Foulk, C 14-4387 VC (PR).  Each of these three petitions was assigned to Judge Vince Chhabria.  Judge Chhabria administratively closed case numbers C 13-4666 VC (PR), C 14-2627 VC (PR), and C 14-4387 VC (PR) without prejudice to Petitioner pursuing the claims therein by filing a motion to amend his petition in the instant action, which is his earliest filed § 2254 petition.

Petitioner has filed two "notices" objecting to Judge Chhabria's dismissals of his later-filed actions.  (See Dkt. Nos. 14, 15.)  The bases of his objections are unclear, especially given that Judge Chhabria's dismissals were explicitly made without prejudice to Petitioner presenting his claims in this action.  In any event, this Court agrees with Judge Chhabria that it is more efficient for Petitioner to bring all of his claims arising out of the same conviction and sentence in one petition before one judge.

## CONCLUSION

For the foregoing reasons, the Court orders as follows:

1. The Court sua sponte GRANTS Petitioner leave to file a second amended petition to include the nine claims already found cognizable in the Court's September 30, 2014 Order as well as any

2

additional claims Petitioner previously sought to assert in case numbers C 13-4666 VC (PR), C 14-2627 VC (PR), and C 14-4387 VC (PR). The amendment must be filed within twenty-eight (28) days from the date of this Order.

2. The amendment must be on the court's form for prisoner Section 2254 petitions and must include the caption and civil case number used in this order (C 13-4636 TEH (PR)) and the words "SECOND AMENDED PETITION" on the first page.  The amended petition will supercede any prior filings and Petitioner is reminded that the amended petition must contain all claims he wishes to pursue and may not incorporate by reference any parts of the prior petitions.  <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1262 (9th Cir. 1992).

3. Petitioner must clearly state the grounds for habeas relief challenging either the underlying state court criminal conviction or the legality of his confinement.  In the second amended petition, Petitioner must demonstrate that the claims he has brought are exhausted and Petitioner should include only exhausted claims. <u>Petitioner should include petitions to the California Supreme Court and the decision of that Court on the claims he wishes to present in federal court.</u>

4. If Petitioner does not wish to file a second amended petition, he shall so inform the Court within twenty-eight (28) days from the date of this Order.

5. The briefing schedule set forth in the Court's September 30, 2014 Order is VACATED.  The Court shall issue a new briefing schedule after Plaintiff files his second amended petition

3

or notice that he will not be filing an amendment.

      6. The Clerk of the Court shall send Petitioner a blank habeas corpus form along with a copy of this Order.

    IT IS SO ORDERED.

DATED    *11/20/2014*

                                      THELTON E. HENDERSON
                                      United States District Judge

G:\PRO-SE\TEH\HC.13\Wade13-4636 amend.wpd