UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLENARD CEBRON WADE,<br><br>      Petitioner,<br><br>  v.<br><br>FRED FOULK,<br><br>      Respondent. | Case No. 13-cv-4636-TEH<br><br>ORDER TO SHOW CAUSE |

    Petitioner Clenard Cebron Wade, a state prisoner, proceeds with a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The Court previously found that nine claims were sufficient to require a response and ordered Respondent to show cause.  Respondent filed a motion to dismiss arguing that the petition contained both exhausted and unexhausted claims and some of the claims failed to raise a federal constitutional issue.

    As noted in the prior Court order several claims were dismissed and the Court found that three claims should continue: one, two and nine.  The Court also found that claim seven was unexhausted but Petitioner could file a motion to stay to exhaust it or strike the claim.  Petitioner had filed a response indicating his desire to strike claim seven and continue with the other three claims.  Docket No. 26.

    Therefore, the case proceeds on the following three claims: (1) the trial court denied Petitioner his right to represent

himself; (2) the trial court gave erroneous jury instructions with respect to battery with serious bodily injury that violated due process; and (3)[1] juror misconduct and bias.

For the foregoing reasons, the Court orders as follows:

1. Respondent shall file with the Court and serve on Petitioner, within sixty-three (63) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the Answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the Petition.

If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within twenty-eight (28) days of his receipt of the Answer.

2. In lieu of an Answer, Respondent may file a Motion to Dismiss on procedural grounds, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-Opposition within thirty-five (35) days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a Reply within fourteen (14) days of receipt of any Opposition.

---

[1] Formerly claim nine.

3. Petitioner is reminded that all communications with the Court must be served on Respondent by mailing a true copy of the document to Respondent's counsel.  Petitioner also must keep the Court and all parties informed of any change of address by filing a separate document entitled "Notice of Change of Address."

IT IS SO ORDERED.

Dated: 07/06/2015

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.13\Wade4636.osc2.docx